# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MELISSA A. WATERS, Defendant. | PO-18-05014-BLG-TJC<br>Violation No. F4864064<br>Location Code: M3<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |

Based on motion of the United States and good cause appearing,

IT IS ORDERED that the motion to dismiss with prejudice, Violation Notice F4864064 is GRANTED. This matter is dismissed, with prejudice, as fully adjudicated.

DATED this 6th day of March, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge